*Held 10 mins.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Status Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

October 20, 2003

10:00 a.m.

CASE NO. **3:03CV1352 (RNC)**   **STATE OF CT v. NORTHERN**

COUNSEL OF RECORD:

| | |
|---|---|
| Benjamin A. Solnit<br>*Andi Hallier* ✓ | Tyler, Cooper & Alcorn<br>205 Church St., Po Box 1936<br>New Haven, CT 06509-1910<br>203-784-8200 |
| David C. Fathi | National Prison Project of<br>the American<br>733 15th St, NW<br>Suite 620<br>Washington, DC 20005 |
| Nancy B. Alisberg | State Of Connecticut<br>Office Of Prot. & Adv. For<br>Handicapped<br>60B Weston St.<br>Hartford, CT 06120<br>800-842-7303 |
| Philip D. Tegeler | Connecticut Civil Liberties<br>Union Foundation<br>32 Grand St.<br>Hartford, CT 06106<br>860-247-9823 |
| Ann E. Lynch ✓ | Attorney General's Office<br>110 Sherman St.<br>Hartford, CT 06105<br>860-808-5400 |

Steven R. Strom                    Attorney General's Office
                                   Public Safety & Special Revenue
                                   MacKenzie Hall, 110 Sherman St.
                                   Hartford, CT 06105
                                   860-808-5450

Terrance M. O'Neill ✓              Attorney General's Office
                                   110 Sherman St.
                                   Hartford, CT 06105
                                   860-808-5400


                                            BY ORDER OF THE COURT
                                            KEVIN F. ROWE, CLERK