*[Handwritten note: Held 6 Hours Did not settle]*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

December 3, 2003

10:00 a.m.

CASE NO. **3:03CV1352 (RNC)   STATE OF CT v. NORTHERN**

COUNSEL OF RECORD:

| | |
|---|---|
| ✓ Nancy B. Alisberg | State Of Connecticut<br>Office Of Prot. & Adv. For Handicapped<br>60B Weston St.<br>Hartford, CT 06120 |
| ✓ David C. Fathi | National Prison Project of the American<br>733 15th St, NW<br>Suite 620<br>Washington, DC 20005 |
| ✓ Ann E. Lynch | Attorney General's Office<br>110 Sherman St.<br>Hartford, CT 06105 |
| ✓ Terrance M. O'Neill | Attorney General's Office<br>110 Sherman St.<br>Hartford, CT 06105 |
| ✓ Benjamin A. Solnit<br>✓ *Andrea Hallier, Tyler, Cooper + Alcorn* | Tyler, Cooper & Alcorn<br>205 Church St., Po Box 1936<br>New Haven, CT 06509-1910 |
| ✓ Steven R. Strom | Attorney General's Office<br>Public Safety & Special Revenue<br>MacKenzie Hall, 110 Sherman St.<br>Hartford, CT 06105 |

✓ Philip D. Tegeler

Connecticut Civil Liberties Union Foundation
32 Grand St.
Hartford, CT 06106

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK