*Held 15 mins.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262
December ~~19~~ 22, 2003
~~2:30 p.m.~~ 12 noon

CASE NO. **3:03CV1352 (RNC)** **STATE OF CT v. NORTHERN**

COUNSEL OF RECORD:

✓ Nancy B. Alisberg
State Of Connecticut
Office Of Prot. & Adv.
For Handicapped
60B Weston St.
Hartford, CT 06120
800-842-7303

David C. Fathi
National Prison Project of the
American
733 15th St, NW
Suite 620
Washington, DC 20005

✓ Ann E. Lynch
Attorney General's Office
110 Sherman St.
Hartford, CT 06105
860-808-5450
860-808-5591 (fax)
ann.lynch@po.state.ct.us

✓ Terrance M. O'Neill
Attorney General's Office
110 Sherman St.
Hartford, CT 06105
860-808-5450
860-808-5591 (fax)
terrence.oneill@po.state.ct.us

✓ Benjamin A. Solnit
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910
203-784-8200

✓ Steven R. Strom          Attorney General's Office
                          Public Safety & Special Revenue
                          MacKenzie Hall, 110 Sherman St.
                          Hartford, CT 06105
                          860-808-5450
                          860-808-5591 (fax)
                          steven.strom@po.state.ct.us

  Philip D. Tegeler       Connecticut Civil Liberties
                          Union Foundation
                          32 Grand St.
                          Hartford, CT 06106
                          860-247-9823


                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK