UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT OFFICE OF :<br>PROTECTION AND ADVOCACY :<br>FOR PERSONS WITH DISABILITIES; :<br>JAMES MCGAUGHEY, Executive :<br>Director, Office of Protection and :<br>Advocacy for Persons with Disabilities, :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>WAYNE CHOINSKI, Warden, :<br>Northern Correctional Institution, :<br>in his official capacity; :<br>GIOVANNY GOMEZ, Warden, :<br>Garner Correctional Institution, :<br>in his official capacity; and :<br>THERESA C. LANTZ, Commissioner, :<br>Connecticut Department of Correction, :<br>in her official capacity; :<br>:<br>Defendants. : | Civil Action No.  3:03CV1352 (RNC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>June 9, 2004 |

## PLAINTIFFS' MOTION FOR AN ORDER ALLOWING
## ACCESS TO PRISONER HEALTH RECORDS

Pursuant to 45 C.F.R. §162.512(e)(l)(i), plaintiffs respectfully seek the entry of an

order allowing access to prisoner health records by plaintiffs, their counsel, and their

**ORAL ARGUMENT IS REQUESTED**

expert consultants. As set forth in the brief accompanying this motion, the requested access is needed to evaluate compliance with the settlement agreement reached in this case and is provided for by governing federal law. A proposed order is attached.

                THE PLAINTIFFS,
                STATE OF CONNECTICUT
                OFFICE OF PROTECTION & ADVOCACY, et al.

BY: _____
     Ben A. Solnit-ct00292
     Tyler Cooper & Alcorn. LLP
     205 Church Street
     P.O. Box 1936
     New Haven, CT  06509-1910
     Tel. No.: 203.784.8200
     Fax. No.: 203.777.1181
     E-Mail: solnit@tylercooper.com

Nancy B. Alisberg-ct21321
Office of Protection & Advocacy
60-B Weston Street
Hartford, CT  06120
Tel. No.: 860.297.4300
Fax. No.: 860.566.8714
E-Mail: nancy.alisberg@po.state.ct.us

David C. Fathi-ct22477
ACLU National Prison Project
733 15th Street, NW, Suite 620
Washington, D.C.  20005
Tel. No.: 202.393.4930
Fax. No.: 202.393.4931
E-Mail: dfathi@npp-aclu.org

2

Annette Lamoreaux-ct25769
Connecticut Civil Liberties Union
Foundation
32 Grand Street
Hartford, CT   06106
Tel. No.:  860.247.9823-Ext. 211
Fax. No.:  860.728.0287
E-Mail:  annettel@cclu.org
**ATTORNEYS FOR PLAINTIFFS**

## ORDER

Plaintiffs' motion for an order allowing access to prisoner health records is GRANTED.

Plaintiffs, their counsel, and their expert consultants shall be given access to the health records of all prisoners housed at Northern Correctional Institution or Garner Correctional Institution, PROVIDED that said records shall be kept strictly confidential by plaintiffs, their counsel, and their expert consultants, shall be used only to evaluate and enforce compliance with the parties' settlement agreement, and all copies of said records shall be destroyed or returned to defendants upon termination of the settlement agreement.  So ordered at Hartford, Connecticut, this _____ day of _____, 2004.

_____
Robert N. Chatigny,
Chief U.S. District Judge

4

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed this 9th day of June, 2004, to the following counsel of record:

Terrence M. O'Neill, Esq.
Ann E. Lynch, Esq.
Steven R. Strom, Esq.
Assistant Attorneys General
Office of the Attorney General
110 Sherman Street
Hartford, CT  06105
**Attys. for Defendants.**

Nancy B. Alisberg-ct21321
Office of Protection & Advocacy
60-B Weston Street
Hartford, CT  06120
Tel. No.: 860.297.4300
Fax. No.: 860.566.8714
E-Mail: nancy.alisberg@po.state.ct.us
**Attorney for Plaintiffs.**

David C. Fathi-ct22477
ACLU National Prison Project
733 15th Street, NW, Suite 620
Washington, D.C.  20005
Tel. No.: 202.393.4930
Fax. No.: 202.393.4931
E-Mail: dfathi@npp-aclu.org
**Attorney for Plaintiffs.**

Annette Lamoreaux-ct25769
Connecticut Civil Liberties Union Foundation
32 Grand Street
Hartford, CT  06106
Tel. No.: 860.247.9823-Ext. 211
Fax. No.: 860.728.0287
E-Mail: annettel@cclu.org
**Attorney for Plaintiffs.**

_____
Ben A. Solnit-ct00292

5