**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STATE OF CONNECTICUT OFFICE | : | CIVIL ACTION NO. 3:03CV1352 (RNC) |
| OF PROTECTION AND ADVOCACY, | : | |
| ET AL., | : | |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| WAYNE CHOINSKI, ET AL., | : | |
| *Defendants* | : | JUNE 30, 2004 |

## <u>NOTICE OF MANUAL FILING</u>

Please take notice that defendants, Wayne Choinski, et al., have manually filed the following documents:

- Exhibits A through L to Defendants' Memorandum in Opposition to Plaintiff's Motion for an Order Allowing Access to Prisoner Health Records

These documents have not been filed electronically because

[ X ]   the documents cannot be converted to an electronic format
[   ]   the electronic file size of the document exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS
Wayne Choinski, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:     ____/s/_____
Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct10835
E-Mail:  terrence.oneill@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 30th day of June, 2004:

Ben A. Solnit, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT  06509-1910

Nancy B. Alisberg, Esq.
Office of Protection & Advocacy
60-B Weston Street
Hartford, CT  06120

David C. Fathi, Esq.
ACLU National Prison Project
733 15th Street, NW, Suite 620
Washington, D.C.  20005

Annette Lamoreaux, Esq.
Connecticut Civil Liberties Union Foundation
32 Grand Street
Hartford, CT  06106


_____/s/_____
Terrence M. O'Neill
Assistant Attorney General