UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT OFFICE OF :<br>PROTECTION AND ADVOCACY :<br>FOR PERSONS WITH DISABILITIES; :<br>JAMES MCGAUGHEY, Executive :<br>Director, Office of Protection and :<br>Advocacy for Persons with Disabilities, :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>WAYNE CHOINSKI, Warden, :<br>Northern Correctional Institution, :<br>in his official capacity; :<br>GIOVANNY GOMEZ, Warden, :<br>Garner Correctional Institution, :<br>in his official capacity; and :<br>THERESA C. LANTZ, Commissioner, :<br>Connecticut Department of Correction, :<br>in her official capacity; :<br>:<br>Defendants. : | Civil Action No. 3:03CV1352 (RNC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>February 10, 2005 |

**PLAINTIFFS' REQUEST FOR RULING ON MOTION FOR AN ORDER
ALLOWING ACCESS TO PRISONER HEALTH RECORDS AT
NORTHERN CORRECTIONAL INSTITUTION
AND GARNER CORRECTIONAL INSTITUTION**

Plaintiffs State of Connecticut Office of Protection & Advocacy for Persons with Disabilities and its Executive Director, James McGaughey, brought this suit pursuant to 42 U.S.C. §1983 in August, 2003, to challenge the conditions of confinement of prisoners

with mental illness at Northern Correctional Institution and Garner Correctional Institution. Plaintiffs contended that prisoners and detainees with mental illness in both institutions were confined under conditions which caused them great suffering and exacerbation of their mental illness, in violation of the Eighth and Fourteenth Amendments to the United States Constitution. After protracted negotiations, and with the valuable assistance of Magistrate Judge Martinez, a Settlement Agreement was reached between the parties and signed on March 8, 2004. The Agreement was submitted to the Legislature on March 31, 2004. It was approved on April 30, 2004, pursuant to Conn. Gen. Stat. §3-125a.

The Agreement is to run for three years. During these three years, compliance with the Agreement will be evaluated by two sets of expert consultants: one set for mental health issues and one set for custody issues. The parties could not agree on how the consultants would be given access to prisoner health records in order to perform their audit function. Plaintiffs believe that these records may be disclosed pursuant to an appropriate protective order. Defendants contend that notice to, and consent by, each individual mentally ill prisoner is a pre-condition to any disclosure. The parties agreed in their Settlement Agreement to submit this issue to the Court for determination.

Accordingly, on May 3, 2004, the parties requested a pre-filing conference to discuss the submission of this issue to the Court. That conference was held on May 26, 2004, by telephone. Plaintiffs filed their motion for an order allowing access to prisoner health records at Northern and Garner on June 9, 2004, defendants filed a brief in opposition to the motion on June 30, 2004, and plaintiffs submitted a reply brief in support of the motion on July 27, 2004.

In the meantime, the parties' expert consultants were engaged in negotiating the contents of the instruments that would govern their audits. Unfortunately, defendants' mental health consultant resigned her position in the midst of those negotiations, on October 8, 2004. Defendants recently retained a new mental health consultant and it is anticipated that the consultants will finish their work within the next several weeks.

Once that has been accomplished, the prisoner health record access issue will be the only open item that needs to be resolved before the Settlement Agreement can be submitted to this Court for approval, the case dismissed, and the protections afforded by the Agreement put into place at Northern and Garner.

This issue has recently taken on additional urgency. The parties agreed in November, 2004 that defendants would start implementing the evaluation by the Connecticut Department of Mental Health and Addiction Services of mentally ill prisoners in Northern provided by the Agreement in exchange for additional time to locate a new mental health consultant. The Agreement states in the opening paragraph of Appendix B that reports of these evaluations "will be provided to the parties as they are generated."[1] Despite initially promising on January 10, 2005 to provide plaintiffs with a redacted version of the reports pending resolution of the records access motion, on February 7, 2005, defendants unilaterally changed course, and are now refusing to provide even redacted reports.

---

[1]   A copy of the Settlement Agreement was attached as Exhibit A to plaintiffs' June 9, 2004 brief in support of their motion for access to health records.

3

Plaintiffs therefore respectfully request a ruling on their motion at the earliest possible time.

RESPECTFULLY SUBMITTED:

THE PLAINTIFFS,

STATE OF CONNECTICUT
OFFICE OF PROTECTION & ADVOCACY, et al.

BY: _____
Ben A. Solnit-ct00292
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT   06509-1910
Tel. No.: 203.784.8200
Fax. No.: 203.777.1181
E-Mail: solnit@tylercooper.com

Nancy B. Alisberg-ct21321
Office of Protection & Advocacy
60-B Weston Street
Hartford, CT   06120
Tel. No.: 860.297.4300
Fax. No.: 860.566.8714
E-Mail: nancy.alisberg@po.state.ct.us

David C. Fathi-ct22477
ACLU National Prison Project
733 15th Street, NW, Suite 620
Washington, D.C.  20005
Tel. No.: 202.393.4930
Fax. No.: 202.393.4931
E-Mail: dfathi@npp-aclu.org


Annette Lamoreaux-ct25769
Connecticut Civil Liberties Union
Foundation
32 Grand Street
Hartford, CT  06106
Tel. No.: 860.247.9823-Ext. 211
Fax. No.: 860.728.0287
E-Mail: annettel@cclu.org
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed this 10th day of February, 2005, to the following counsel of record:

Terrence M. O'Neill, Esq.
Ann E. Lynch, Esq.
Steven R. Strom, Esq.
Assistant Attorneys General
Office of the Attorney General
110 Sherman Street
Hartford, CT   06105
**Attys. for Defendants.**

David C. Fathi-ct22477
ACLU National Prison Project
733 15th Street, NW, Suite 620
Washington, D.C.   20005
Tel. No.: 202.393.4930
Fax. No.: 202.393.4931
E-Mail: dfathi@npp-aclu.org
**Attorney for Plaintiffs.**

Nancy B. Alisberg-ct21321
Office of Protection & Advocacy
60-B Weston Street
Hartford, CT   06120
Tel. No.: 860.297.4300
Fax. No.: 860.566.8714
E-Mail: nancy.alisberg@po.state.ct.us
**Attorney for Plaintiffs.**

Annette Lamoreaux-ct25769
Connecticut Civil Liberties Union Foundation
32 Grand Street
Hartford, CT   06106
Tel. No.: 860.247.9823-Ext. 211
Fax. No.: 860.728.0287
E-Mail: annettel@cclu.org
**Attorney for Plaintiffs.**

Ben A. Solnit-ct00292