IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
AT ~~BRIDGEPORT~~ HARTFORD

STATE OF CONNECTICUT OFFICE OF
PROTECTION AND ADOVOCACY AND
JAMES MCGAUGHEY
        PLAINTIFFS,

CIVIL ACTION
# 3:03CV1352(RNC)

VERSUS

WA~~YNE~~ CHOINSKI, ET AL.
        DEFENDANTS.

February 17, 2005

EXEMPT PRISONER CHARLES RODRIQUEZ-BATTS #86982

## MOTION TO INTERVENE

    The undersigned hereby pro se inmate pursuant to Federal Rules of Civil Procedure Rules 23 and 24 moves to be exempted from the above-entitled caption action and any settlement agreement from the above official capacity suit action entered on or about 3/18/2005 or 4/30/04. Neither at any time did the undersigned authorize or give permission to be included joined into any lawsuit brought by the above forementioned plaintiffs, pursuant to Federal Rules of Civil Procedure 19 and 20. Moreso; because the undersigned is an 1986 custody to Corrections Commissioner inmate the CT state legislature is barred by the ex post facto clause doctrine of such the above caption action pushed or implemented upon #86982 sentence retroactively. The undersigned has a civil right to be exempted from this.

    Therefore, the undersigned as a matter of law had by filing a motion to intervene for purpose of exemption should be granted.

/s/ Charles Rodriquez-Batts
CHARLES RODRIQUEZ-BATTS #86982
GARNER CORRECTIONAL INSTITUTION
50 NUNNAWAUK ROAD
NEWTOWN, CT 06470
    jailhouse lawyer/
    paralegal skills

CERTIFICATE OF SERVICE

I hereby certify that copy of foregoing was hand/delivered mailed the Motion To Intervene this 18th day of Febuary, 2005 pursuant to 28 U.S.C. §1746 to: the United States District Court, 450 Main Street, Hartford, CT 06105 Office of the cler, and Office of Protection And Advocacy, James D. McGaughey/Nancy B. Alisberg, 60 B Weston Street, Hartford, CT 06120-1551 Federal Bar #ct 21321 Tel.# (860) 297-4300 and Office of the Attorney General Richard Blumenthal/ Ann E. Lynch, A.A.G., 110 Sherman Street, Hartford, CT 06105, Federal Bar #ct 08226, Tel.# (860) 808-5450.

THE UNDERSIGNED

/S/ Charles Rodriquez-Batts
CHARLES RODRIQUEZ/BATTS #86983
GARNER CORRECTIONAL INSTITUTION
50 NUNNAWAUK ROAD
NEWTOWN, CT 06470
   Jailhouse Lawyer/
   paralegal skills