UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT OFFICE OF   : <br>   PROTECTION AND ADVOCACY         : <br>   FOR PERSONS WITH DISABILITIES;  : <br> JAMES MCGAUGHEY, Executive        : <br>   Director, Office of Protection and     : <br>   Advocacy for Persons with Disabilities, : <br>                                                : <br>         Plaintiffs,                          : <br>                                                : <br>         v.                                  : <br>                                                : <br> WAYNE CHOINSKI, Warden,             : <br>   Northern Correctional Institution,      : <br>   in his official capacity;                  : <br> GIOVANNY GOMEZ, Warden,            : <br>   Garner Correctional Institution,         : <br>   in his official capacity; and            : <br> THERESA C. LANTZ, Commissioner,   : <br>   Connecticut Department of Correction, : <br>   in her official capacity;                : <br>                                              : <br>         Defendants.                     : | Civil Action No. 3:03CV1352 (RNC) <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>September 21, 2005 |

## JOINT MOTION FOR CONDITIONAL DISMISSAL
## AND APPROVAL OF SETTLEMENT

  In accordance with Rule 41(a) Fed. R. Civ. P., all parties jointly move for the dismissal of the above-entitled action upon the following terms and conditions:

  1.  That the Court incorporate into its Order of Dismissal, and approve as an Order of the Court, the written Settlement Agreement dated March 8, 2004, and jointly

executed by Office of Protection & Advocacy, James D. McGaughey, Wayne Choinski, Giovanny Gomez and Theresa C. Lantz ("the Settlement Agreement");

2. That the dismissal of this action be with prejudice; and

3. That the Court retain jurisdiction over this action for the purposes of enforcing the terms and conditions of the parties' Settlement Agreement. This jurisdiction shall be limited as set forth in Section A.13 and B.17 of the Settlement Agreement.

An agreed Order of Dismissal is appended to this Motion.

_____
Ben A. Solnit-ct00292
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910
Tel. No.: 203.784.8200
Fax. No.: 203.777.1181
E-Mail: bsolnit@tylercooper.com

_____
Terrence M. O'Neill-ct10835
Ann E. Lynch-ct08326
Steven R. Strom-ct01211
Assistant Attorneys General
110 Sherman Street
Hartford, CT 06105
Tel. No.: 860.808.5450
Fax. No.: 860.808.5591
E-Mail: terrence.oneill@po.state.ct.us
E-Mail: ann.lynch@po.state.ct.us
E-Mail: steven.strom@po.state.ct.us
**ATTORNEYS FOR DEFENDANTS**

_____
Nancy B. Alisberg-ct21321
Office of Protection & Advocacy
60-B Weston Street
Hartford, CT 06120
Tel. No.: 860.297.4300
Fax. No.: 860.566.8714
E-Mail: nancy.alisberg@po.state.ct.us

_/s/ David C. Fathi_
David C. Fathi-ct22477
ACLU National Prison Project
915 15th Street, N.W., 7th Floor
Washington, D.C. 20005
Tel. No.: 202.393.4930
Fax. No.: 202.393.4931
E-Mail: dfathi@npp-aclu.org
Practice Limited to Federal Courts

_/s/ Annette Lamoreaux_
Annette Lamoreaux-ct25769
ACLU of Connecticut
32 Grand Street
Hartford, CT 06106
Tel. No.: 860.247.9823-Ext. 211
Fax. No.: 860.728.0287
E-Mail: annettel@acluct.org
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE OF CONNECTICUT OFFICE OF PROTECTION AND ADVOCACY FOR PERSONS WITH DISABILITIES; JAMES MCGAUGHEY, Executive Director, Office of Protection and Advocacy for Persons with Disabilities, | : | Civil Action No. 3:03CV1352 (RNC) |
| Plaintiffs, | : | |
| v. | : | |
| WAYNE CHOINSKI, Warden, Northern Correctional Institution, in his official capacity; GIOVANNY GOMEZ, Warden, Garner Correctional Institution, in his official capacity; and THERESA C. LANTZ, Commissioner, Connecticut Department of Correction, in her official capacity; | : | |
| Defendants. | : | September ____, 2005 |

## ORDER OF DISMISSAL

Having considered the Joint Motion For Conditional Dismissal And Approval of Settlement, and the parties' Settlement Agreement attached hereto as Exhibit A, it is ORDERED that such Motion be, and is hereby, GRANTED;

IT IS FURTHER ORDERED that all terms and conditions of the parties' Settlement Agreement are hereby INCORPORATED INTO THIS ORDER as if fully set forth herein, and are hereby APPROVED, and the defendants are DIRECTED to fulfill the obligations undertaken in the Settlement Agreement;

IT IS FURTHER ORDERED that, subject to the terms and conditions of this Order, the above entitled action is hereby DISMISSED WITH PREJUDICE; and

IT IS FURTHER ORDERED that this Court shall RETAIN JURISDICTION over this action for the purposes of enforcing any of the terms or conditions of the parties' Settlement Agreement. This jurisdiction shall be limited as set forth in Sections A.13 and B.17 of the Settlement Agreement.

SO ORDERED this \_\_\_\_ day of September, 2005.

_____
Robert N. Chatigny
Chief United States District Judge