UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE OF CONNECTICUT OFFICE OF | : | CIVIL NO. 3:03CV1352 (RNC) |
|   PROTECTION AND ADVOCACY | : | |
|   FOR PERSONS WITH DISABILITIES; | : | |
| JAMES MCGAUGHEY, Executive | : | |
|   Director, Office of Protection and | : | |
|   Advocacy for Persons with Disabilities, | : | |
| | : | |
|           Plaintiffs, | : | |
| | : | |
|   v. | : | |
| | : | |
| WAYNE CHOINSKI, Warden, | : | |
|   Northern Correctional Institution, | : | |
|   in his official capacity; and | : | |
| GIOVANNY GOMEZ, Warden, | : | |
|   Garner Correctional Institution, | : | |
|   in his official capacity; and | : | |
| THERESA C. LANTZ, Commissioner, | : | |
|   Connecticut Department of Correction, | : | |
|   in her official capacity; | : | |
| | : | |
|           Defendants. | : | SEPTEMBER 22, 2005 |

**NOTICE OF MANUAL FILING**

     Please take notice that defendants, Wayne Choinski, et al., have manually filed the following document:

- **Settlement Agreement**

This document has not been filed electronically because:

[   ]   the documents cannot be converted to an electronic format
[ X ]   the electronic file size of the document exceeds 1.5 megabyte
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document has been manually served on all parties.

DEFENDANTS
Wayne Choinski, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____/s/_____
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08326
E-Mail:  ann.lynch@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 22nd day of September, 2005:

Ben A. Solnit
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT  06509-1910

David C. Fathi
ACLU National Prison Project
733 15th Street, NW
Suite 620
Washington, DC  20005

Nancy Alisberg
Office of Protection & Advocacy
60-B Weston Street
Hartford, CT  06120

Annette Lamoreaux
ACLU of Connecticut
32 Grand Street
Hartford, CT  06106


_____/s/_____
Ann E. Lynch
Assistant Attorney General