UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT OFFICE OF PROTECTION AND ADVOCACY FOR PERSONS WITH DISABILITIES; JAMES MCGAUGHEY, Executive Director, Office of Protection and Advocacy for Persons with Disabilities,<br><br>  Plaintiffs,<br><br>v.<br><br>WAYNE CHOINSKI, Warden, Northern Correctional Institution, in his official capacity; GIOVANNY GOMEZ, Warden, Garner Correctional Institution, in his official capacity; and THERESA C. LANTZ, Commissioner, Connecticut Department of Correction, in her official capacity;<br><br>  Defendants. | : Civil Action No. 3:03CV1352 (RNC)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: October 11, 2005 |

## PLAINTIFFS' MOTION FOR REASONABLE ATTORNEY FEES AND COSTS

Pursuant to 42 U.S.C. § 1988(b) and Fed. R. Civ. P. 54(d)(2), and this Court's Order of September 26, 2005, plaintiffs move the Court for an order granting them their reasonable attorney fees and costs in this action, in the following amounts:

| | Fees | Costs |
|---|---|---|
| Tyler, Cooper & Alcorn | $141,599.80 | $2,048.22 |
| National Prison Project of the ACLU | $33,320.00 | $755.17 |
| ACLU of Connecticut | $6,765.00 | $0 |
| Office of Protection and Advocacy For Persons with Disabilities | $0 | $0 |

ORAL ARGUMENT NOT REQUESTED

Accordingly, the total amount sought is $181,684.80 in attorney fees and $2,803.39 in costs. The reasons for this motion are set forth in the accompanying Memorandum.

RESPECTFULLY SUBMITTED:

                        THE PLAINTIFFS,

                        STATE OF CONNECTICUT
                        OFFICE OF PROTECTION & ADVOCACY, et al.

BY:           */s/ Ben A. Solnit*
                        Ben A. Solnit-ct00292
                        Tyler Cooper & Alcorn, LLP
                        205 Church Street
                        P.O. Box 1936
                        New Haven, CT   06509-0906
                        Tel. No.: 203.784.8200
                        Fax. No.: 203.777.1181
                        E-Mail: solnit@tylercooper.com

Nancy B. Alisberg-ct21321
Office of Protection & Advocacy
60-B Weston Street
Hartford, CT   06120
Tel. No.: 860.297.4300
Fax. No.: 860.566.8714
E-Mail: nancy.alisberg@po.state.ct.us

David C. Fathi-ct22477
ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, D.C.   20005
Tel. No.: 202.393.4930
Fax. No.: 202.393.4931
E-Mail: dfathi@npp-aclu.org

Annette Lamoreaux-ct25769
Connecticut Civil Liberties Union
Foundation
32 Grand Street
Hartford, CT   06106
Tel. No.: 860.247.9823-Ext. 211
Fax. No.: 860.728.0287
E-Mail:  annettel@cclu.org
**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been mailed this 11th day of October, 2005, to the following counsel of record:

Terrence M. O'Neill, Esq.
Ann E. Lynch, Esq.
Steven R. Strom, Esq.
Assistant Attorneys General
Office of the Attorney General
110 Sherman Street
Hartford, CT  06105
**Attys. for Defendants.**

David C. Fathi-ct22477
ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, D.C.  20005
Tel. No.: 202.393.4930
Fax. No.: 202.393.4931
E-Mail: dfathi@npp-aclu.org
**Attorney for Plaintiffs.**

Nancy B. Alisberg-ct21321
Office of Protection & Advocacy
60-B Weston Street
Hartford, CT  06120
Tel. No.: 860.297.4300
Fax. No.: 860.566.8714
E-Mail: nancy.alisberg@po.state.ct.us
**Attorney for Plaintiffs.**

Annette Lamoreaux-ct25769
Connecticut Civil Liberties Union
Foundation
32 Grand Street
Hartford, CT  06106
Tel. No.: 860.247.9823-Ext. 211
Fax. No.: 860.728.0287
E-Mail: annettel@cclu.org
**Attorney for Plaintiffs.**

_____
Ben A. Solnit-ct00292