UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT OFFICE OF PROTECTION AND ADVOCACY FOR PERSONS WITH DISABILITIES; JAMES MCGAUGHEY, Executive Director, Office of Protection and Advocacy for Persons with Disabilities, <br><br>Plaintiffs, <br><br>v. <br><br>WAYNE CHOINSKI, Warden, Northern Correctional Institution, in his official capacity; GIOVANNY GOMEZ, Warden, Garner Correctional Institution, in his official capacity; and THERESA C. LANTZ, Commissioner, Connecticut Department of Correction, in her official capacity; <br><br>Defendants. | Civil Action No. 3:03CV1352 (RNC) <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>May 17, 2006 |

**PLAINTIFFS' RENEWED MOTION FOR AN
ORDER ALLOWING ACCESS TO PRISONER HEALTH RECORDS**

Pursuant to paragraph A.13, as amended, of the Settlement Agreement in this matter, plaintiffs respectfully renew their motion for an order allowing access to prisoner health records. As set forth in the accompanying memorandum of law, an order allowing limited access to prisoner health records is needed so that plaintiffs' consultant can monitor defendants' compliance with the Settlement Agreement and is expressly authorized by controlling federal law. A proposed order is attached.

**ORAL ARGUMENT IS REQUESTED**

THE PLAINTIFFS
STATE OF CONNECTICUT
OFFICE OF PROTECTION & ADVOCACY, et al.

BY _____
Ben A. Solnit - CT00292
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT  06510
Tel. No. (203) 784-8200
Fax. No. (203) 777-1181
E-Mail: bsolnit@tylercooper.com

Nancy B. Alisberg-ct21321
Office of Protection & Advocacy
60-B Weston Street
Hartford, CT  06120
Tel. No.: 860.297.4300
Fax. No.: 860.566.8714
E-Mail: nancy.alisberg@po.state.ct.us

David C. Fathi-ct22477
ACLU National Prison Project
915 15th Street, NW, 7th Floor
Washington, D.C.  20005
Tel. No.: 202.393.4930
Fax. No.: 202.393.4931
E-Mail: dfathi@npp-aclu.org

Renee C. Redman-ct16604
American Civil Liberties Union
Foundation of Connecticut
32 Grand Street
Hartford, CT  06106
Tel. No.: 860.247.9823-Ext. 211
Fax. No.: 860.728.0287
E-Mail: rredman@acluct.org
**ATTORNEYS FOR PLAINTIFFS**

2

## **ORDER**

Plaintiffs' motion for an order allowing access to prisoner health records is GRANTED.

Plaintiffs, their counsel, and their expert consultants shall be given access to the health records of all prisoners housed at Northern Correctional Institution or Garner Correctional Institution, PROVIDED that said records shall be kept strictly confidential by plaintiffs, their counsel, and their expert consultants, shall be used only to evaluate and enforce compliance with the parties' settlement agreement, and all copies of said records shall be destroyed or returned to defendants upon termination of the settlement agreement. So ordered at Hartford, Connecticut, this ____ day of _____, 2006.

                                                                                                _____
                                                                                                Robert N. Chatigny,
                                                                                                Chief U.S. District Judge

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed this 17th day of May, 2006, to the following counsel of record:

Terrence M. O'Neill, Esq.
Ann E. Lynch, Esq.
Steven R. Strom, Esq.
Assistant Attorneys General
Office of the Attorney General
110 Sherman Street
Hartford, CT   06105
**Attys. for Defendants.**

Nancy B. Alisberg, Esq.
Office of Protection & Advocacy
60-B Weston Street
Hartford, CT   06120
Tel. No.: 860.297.4300
Fax. No.: 860.566.8714
E-Mail: nancy.alisberg@po.state.ct.us
**Attorney for Plaintiffs.**

David C. Fathi, Esq.
ACLU National Prison Project
915 15th Street, NW, 7th Floor
Washington, D.C.   20005
Tel. No.: 202.393.4930
Fax. No.: 202.393.4931
E-Mail: dfathi@npp-aclu.org
**Attorney for Plaintiffs.**

Renee C. Redman, Esq.
American Civil Liberties Union
Foundation of Connecticut
32 Grand Street
Hartford, CT   06106
Tel. No.: 860.247.9823-Ext. 211
Fax. No.: 860.728.0287
E-Mail: rredman@acluct.org
**Attorney for Plaintiffs.**

Ben A. Solnit – CT00292