03cV1352ord

FILED

2006 NOV -9 A 8: 10

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| OFFICE OF PROTECTION AND ADVOCACY FOR PERSONS WITH DISABILITIES, ET AL.,, *Plaintiffs,* | : CIVIL NO. 3:03CV1352 (RNC)(DFM) : : : |
| V. | : : |
| WAYNE CHOINSKI, ET AL., *Defendants.* | : : : NOVEMBER 8 , 2006 |

## ORDER

In accordance with the auditing provisions, Sec. B.18 of the Settlement Agreement effective September 26, 2005, it is hereby ordered that the State of Connecticut shall reimburse plaintiffs' counsel, care of Tyler, Cooper & Alcorn, LLP, in the amount of $20,000.00 for attorneys' fees and $1,276.27 for litigation expenses for professional services rendered during the first year of auditing this agreement.

The State of Connecticut shall pay forthwith Tyler, Cooper & Alcorn, LLP, in the amount of $21,276.27.

**SO ORDERED**

Dated at Hartford, Connecticut, this 8th day of November , 2006.

Robert N. Chatigny
Chief United States District Judge