UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| OFFICE OF PROTECTION AND ADVOCACY FOR PERSONS WITH DISABILITIES, ET AL.,, <br> *Plaintiffs,* <br><br> V. <br><br> WAYNE CHOINSKI, ET AL., <br> *Defendants.* | : CIVIL NO. 3:03CV1352 (RNC)(DFM) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : AUGUST    , 2008 |

## ORDER

In accordance with the auditing provisions, Sec. B.17 of the Settlement Agreement effective September 26, 2005, it is hereby ordered that the State of Connecticut shall reimburse plaintiffs' consultant, Dr. Carl Fulwiler, in the amount of $5,280 for professional services rendered during the third year of auditing this agreement.

The State of Connecticut shall pay forthwith Dr. Carl Fulwiler in the amount of $5,280.00.

**SO ORDERED**

Dated at Hartford, Connecticut, this 21 day of August, 2008.

/s/ Robert N. Chatigny, USDJ
_____
Robert N. Chatigny
Chief United States District Judge