UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT OFFICE OF PROTECTION AND ADVOCACY FOR PERSONS WITH DISABILITIES; JAMES MCGAUGHEY, Executive Director, Office of Protection and Advocacy for Persons with Disabilities,<br><br>Plaintiffs,<br><br>v.<br><br>WAYNE CHOINSKI, Warden, Northern Correctional Institution, in his official capacity; GIOVANNY GOMEZ, Warden, Garner Correctional Institution, in his official capacity; and THERESA C. LANTZ, Commissioner, Connecticut Department of Correction, in her official capacity;<br><br>Defendants. | Civil Action No. 3:03CV1352 (RNC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>September 10, 2008 |

## AMENDMENT TO PARAGRAPH B.9. OF THE MARCH 8, 2004 SETTLEMENT AGREEMENT

Paragraph B.9. of the Settlement Agreement, entitled **"Observation"** shall be amended to read as follows:

Any prisoner at NCI who remains on Observation for more than 72 hours shall be transferred on an emergency basis to GCI; provided, however, that this limit may be exceeded due to exigent circumstances, limited to cases where security concerns outweigh the therapeutic benefits of transfer. This determination shall be made jointly by the Warden of NCI and DOC's Director of Mental Health Services. Each inmate held beyond 72 hours shall receive such additional and meaningful services as may be necessary to hasten the resolution of the mental health concerns that lead to placement on Observation. Prisoners in Observation shall be treated in compliance with NCCHC standards governing use of restraints and seclusion.

BY /s/ Ben A. Solnit
Ben A. Solnit – CT00292
Tyler Cooper & Alcorn, LLP
555 Long Wharf Drive, 8th Floor
P.O. Box 1936
New Haven, CT 06509-0906
Tel. No. 203.784.8200
Fax. No. 203.777.1181
E-Mail: bsolnit@tylercooper.com

Nancy B. Alisberg, Esq.
Office of Protection & Advocacy
60-B Weston Street
Hartford, CT 06120
Tel. No.: 860.297.4300
Fax. No.: 860.566.8714
E-Mail: nancy.alisberg@po.state.ct.us

Eric Balaban, Esq.
ACLU National Prison Project
915 15th Street, NW, 7th Floor
Washington, D.C. 20005
Tel. No.: 202.393.4930
Fax. No.: 202.393.4931
E-Mail: ebalaban@npp-aclu.org

David J. McGuire Esq.
American Civil Liberties Union Foundation
of Connecticut
32 Grand Street
Hartford, CT 06106
Tel. No.: 860.247.9823-Ext. 211
Fax. No.: 860.728.0287
E-Mail: dmcguire@acluct.org
**ATTORNEYS FOR THE PLAINTIFF**

BY /s/ Terrence M. O'Neill
Terrence M. O'Neill, Esq.
Ann E. Lynch, Esq.
Steven R. Strom, Esq.
Assistant Attorneys General
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed this 10th day of September, 2008, to the following counsel of record:

Terrence M. O'Neill, Esq.
Ann E. Lynch, Esq.
Steven R. Strom, Esq.
Assistant Attorneys General
Office of the Attorney General
110 Sherman Street
Hartford, CT  06105
**Attys. for Defendants.**

Eric Balaban, Esq.
ACLU National Prison Project
915 15th Street, NW, 7th Floor
Washington, D.C.  20005
Tel. No.: 202.393.4930
Fax. No.: 202.393.4931
E-Mail: ebalaban@npp-aclu.org
**Attorney for Plaintiffs.**

Nancy B. Alisberg, Esq.
Office of Protection & Advocacy
60-B Weston Street
Hartford, CT  06120
Tel. No.: 860.297.4300
Fax. No.: 860.566.8714
E-Mail: nancy.alisberg@po.state.ct.us
**Attorney for Plaintiffs.**

David J. McGuire Esq.
American Civil Liberties Union Foundation
of Connecticut
32 Grand Street
Hartford, CT  06106
Tel. No.: 860.247.9823-Ext. 211
Fax. No.: 860.728.0287
E-Mail: dmcguire@acluct.org
**Attorney for Plaintiffs.**

_____
Ben A. Solnit – CT00292

FC00003623V001.doc