UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| OFFICE OF PROTECTION AND ADVOCACY FOR PERSONS WITH DISABILITIES, ET AL., <br> *Plaintiffs*, | : CIVIL NO. 3:03CV1352 (RNC)(DFM) |
| V. | |
| WAYNE CHOINSKI, ET AL., <br> *Defendants*. | : SEPTEMBER 30, 2008 |

## CORRECTED ORDER

In accordance with the auditing provisions, Sec. B.17, of the Settlement Agreement effective September 26, 2005, it is hereby ordered that the State of Connecticut shall reimburse plaintiff's auditor Carl Fulwiler, M.D. in the amount of one thousand three hundred ($1,300.00) for professional services rendered during the third year of auditing this agreement.

The State of Connecticut shall pay forthwith Carl Fulwiler, M.D. in the amount of $1,300.00. The Order filed September 30, 2008 [Doc. # 147] is vacated and this Corrected Order is entered in lieu thereof.

**SO ORDERED**

Dated at Hartford, Connecticut, this ___3___ day of October, 2008.

/s/ Robert N. Chatigny, USDJ
_____
Robert N. Chatigny
Chief United States District Judge